# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Knowles, III, Daniel E. | **2. Court or Organization**<br><br>District Court-LAED | **3. Date of Report**<br><br>05/15/2017 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Mag. Judge-Full time | **5a. Report Type** (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U. S. District Court
500 Poydras Street, Room B335
New Orleans, Louisiana 70130

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Knowles, III, Daniel E. | 05/15/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Private Music Teacher |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | 2016 .LSU Trial Advocacy Training Program | 08/08/2016-08/10/2016 | Baton Rouge, Louisiana | Teaching Trial Advocacy | Transportation, Hotel |
| 2. | American Conference Institute | 09/26/2016-09/30/2016 | New York, New York | Speak at CLE | Transportion, Hotel |
| 3. | Louisiana State Bar Association | 02/29/16-03/02/16 | Sonoma, California | Speak at CLE | Transporttion, Hotel |
| 4. | LSU | 04/07/16-04/08/16 | Baton Rouge, LA | Speak at CLE | Transportation, Hotel |
| 5. | Markel Marine Summit | 05/16/16-05/18/16 | Milwaukee, WI | Speak at CLE | Transportation, Hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| **Knowles, III, Daniel E.** | 05/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Knowles, III, Daniel E. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Vanguard Prime Money Market Fund | B | Dividend | M | T | Buy | 09/20/16 | M | | |
| 2. | Vanguard Prime Money Market Fund | B | Dividend | M | T | Buy | 11/17/16 | K | | |
| 3. | Vanguard Intermediate Term Tax Exempt Fund | B | Dividend | M | T | | | | | |
| 4. | T. Rowe Price Municipal Income Fund | B | Dividend | J | T | | | | | |
| 5. | Bank of America Common Stock | A | Dividend | | | Sold | 06/28/16 | J | A | |
| 6. | General Electric Co. Common Stock | A | Dividend | | | Sold | 06/28/16 | J | A | |
| 7. | IRA-T. Rowe Price Equity Income Fund | A | Dividend | M | T | | | | | |
| 8. | IRA-Personal Strategy Growth Fund | A | Dividend | M | T | | | | | |
| 9. | IRA-Retirement 2015 Fund | C | Dividend | O | T | | | | | |
| 10. | IRA-New ERA Fund | A | Dividend | K | T | | | | | |
| 11. | IRA-Financial Services Fund | A | Dividend | K | T | | | | | |
| 12. | Inherited IRA-Vanguard Conservative Growth Fund | A | Dividend | M | T | | | | | |
| 13. | Vanguard Star Fund | B | Dividend | M | T | Buy | 06/24/16 | K | | |
| 14. | IRA Short Term Bond Fund | A | Dividend | | | Sold | 06/28/16 | J | A | |
| 15. | Vanguard Short Term Tax Exempt Fund | A | Dividend | | | Sold | 06/28/16 | J | A | |
| 16. | Hornbeck Offshore | A | Dividend | J | T | Buy | 08/25/16 | J | | |
| 17. | Vanguard Energy Fund | A | Dividend | L | T | Buy | 01/19/16 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | G =$100,001 - $1,000,000 K =$15,001 - $50,000 O =$500,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | H2 =More than $5,000,000 M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Halliburton Common Stock | A | Dividend | J | T | | | | | |
| 19. Baker Hughes cf Common Stock | A | Dividend | J | T | Buy | 06/28/16 | J | | |
| 20. Nabors Industries Common Stock | A | Dividend | J | T | | | | | |
| 21. Liunco Common Stock | | None | J | T | | | | | |
| 22. Vanguard Emerging Markets Stock Fund | A | Dividend | K | T | | | | | |
| 23. Vanguard Precious Metals Fund | A | Dividend | K | T | Buy | 10/13/16 | K | | |
| 24. Vanguard Long-Term Tax Exempt Fund | A | Dividend | L | T | Buy | 09/14/16 | L | | |
| 25. Rangold Resources, Ltd. | | None | J | T | Buy | 10/18/16 | J | | |
| 26. American Airlines Group | | None | | | Buy | 03/28/16 | J | | |
| 27. American Airlines Group | | None | | | Sold | 07/01/16 | J | A | |
| 28. | | | | | | | | | |
| 29. | | | | | | | | | |
| 30. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Knowles, III, Daniel E. | 05/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Knowles, III, Daniel E. | 05/15/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Daniel E. Knowles, III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544